UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1536

PATRICIA B. MILLS, Administrator of the Estate
of Brian Lee Mills, Decedent,

Plaintiff - Appellant,

versus

TERRANCE D. SANDERS; SCHNEIDER NATIONAL
CARRIERS, INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:05-cv-00059-JLK)

Submitted:  February 12, 2007          Decided:  March 9, 2007

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jean M. McKeen, TOMLIN & MCKEEN, Chester, Virginia, for Appellant.
Eric S. Jensen, Monica A. Walker, JENSEN & ASSOCIATES, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellant Patricia B. Mills, as administrator of the estate of her son, Brian Mills, and on behalf of his estate, brought a wrongful death action under Virginia law against Appellees Terrance D. Sanders and Schneider National Carriers, Inc. Mills asserted Sanders' negligent operation of his tractor-trailer caused it to veer from the highway and kill Brian, who was walking down the side of the road. The district court granted summary judgment in favor of Appellees, and Mills appealed.

We review the granting of summary judgment de novo. Higgins v. E.I. DuPont de Nemours & Co., 863 F.2d 1162, 1167 (4th Cir. 1988). We have reviewed the record, and find no reversible error. We therefore affirm the district court's order for the reasons stated in its memorandum opinion. See Mills v. Sanders and Schneider Nat'l Carriers, No. 4:05-cv-00059-JLK (W.D. Va. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED